# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:15CR72-PPS |
| | ) | |
| JEREMIAH SHANE FARMER, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

Before the Court is Jeremiah Farmer's Motion Respectfuly Files Notice of Appea

on Denied Motions. [DE 1270.] Farmer indicates that he is filing a notice of appeal of

certain motions that were decided by the Magistrate Judge relating to discovery issues,

his medical treatment, and the government's request to file a document under seal.

However, it is not clear to me whether Farmer is seeking appellate review of these orders

by the Court of Appeals for the Seventh Circuit, or whether he is seeking my review of

the Magistrate Judge's decisions in this matter, which he is able to do under Federal Rule

of Criminal Procedure 59.   Therefore, clarification by Farmer is necessary to determine

what relief he seeks.

In his response to this order, Farmer should indicate whether he is requesting

that the District Judge review the orders entered by the Magistrate Judge, or whether he

intends to file an appeal to the Court of Appeals for the Seventh Circuit.  If Farmer is

requesting that the District Judge review the orders of the Magistrate Judge, he should

clearly indicate which orders of the Magistrate Judge he is challenging and the basis for modifying or setting aside those orders.

**ACCORDINGLY**:

Defendant Jeremiah Shane Farmer is **DIRECTED** to file a response to this order, indicating whether he seeks the District Judge's review of the Magistrate Judge's decision, or whether he intends to file an appeal to the Court of Appeals for the Seventh Circuit, **no later than 30 days** from the date of this order.

**SO ORDERED**.

ENTERED: January 10, 2018

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT