UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:15 CR 72 |
| | ) | |
| JEREMIAH SHANE FARMER | ) | |

## VERDICT

### COUNT ONE (Racketeering Conspiracy)

As to the charge in Count One, we, the jury, find the Defendant JEREMIAH SHANE FARMER:

_____ Guilty

_____ Not Guilty

If you found the Defendant not guilty on Count One, sign your verdict on Count One and proceed to Count Two on page 4.

If you found the Defendant guilty of Count One, you will need to answer the following questions.

1. If you found the Defendant JEREMIAH SHANE FARMER guilty of Count One, do you also unanimously find beyond a reasonable doubt that Defendant JEREMIAH SHANE FARMER committed the murder of Marion Lowery while committing or attempting to commit criminal gang activity?

   Yes _____   No _____

2. If you found the Defendant JEREMIAH SHANE FARMER guilty of Count One, do you also unanimously find beyond a reasonable doubt that Defendant JEREMIAH SHANE FARMER committed the murder of Harvey Siegers while committing or attempting to commit criminal gang activity?

   Yes _____    No _____

3. If you found the Defendant JEREMIAH SHANE FARMER guilty of Count One, do you also unanimously find beyond a reasonable doubt that Defendant JEREMIAH SHANE FARMER conspired to distribute or possess with intent to distribute 5 kilograms or more of cocaine?

   Yes _____    No _____

_____          _____
Foreperson                                              Date

_____          _____
Juror                                                   Date

_____          _____
Juror                                                   Date

_____          _____
Juror                                                   Date

_____          _____
Juror                                                   Date

_____          _____
Juror                                                   Date

| | |
|---|---|
| _____ | _____ |
| Juror | Date |
| | |
| _____ | _____ |
| Juror | Date |
| | |
| _____ | _____ |
| Juror | Date |
| | |
| _____ | _____ |
| Juror | Date |
| | |
| _____ | _____ |
| Juror | Date |
| | |
| _____ | _____ |
| Juror | Date |

## COUNT TWO (Drug Conspiracy)

As to the charge in Count Two we, the jury, find the Defendant, JEREMIAH SHANE FARMER:

_____ Guilty

_____ Not Guilty

If you found the Defendant JEREMIAH SHANE FARMER not guilty of Count Two, do not answer the following questions.

If you found the Defendant JEREMIAH SHANE FARMER guilty of Count Two, you will need to answer the following questions.

1. If you found the Defendant JEREMIAH SHANE FARMER guilty of Count Two, do you unanimously find beyond a reasonable doubt that the offense involved the distribution of cocaine or the possession with intent to distribute cocaine?

    Yes _____    No _____

    If you answered Question 1 "Yes," proceed to Question 2. If you answered Question 1 "No," proceed to Question 4 and do not answer Question 2 or Question 3.

2. If you found that the offense involved the distribution of cocaine or the possession with intent to distribute cocaine, do you unanimously find beyond a reasonable doubt that the offense involved 5 kilograms or more of cocaine?

    Yes _____    No _____

    If you answered Question 2 "Yes," proceed to Question 4 and do not Answer Question 3. If you answered Question 2 "No," proceed to Question 3.

3. If you found that the offense involved the distribution of cocaine or the possession with intent to distribute cocaine, do you unanimously find beyond a reasonable doubt that the offense involved 500 grams or more of cocaine?

   Yes _____   No _____

Proceed to Question 4.

4. If you found the Defendant JEREMIAH SHANE FARMER guilty of Count Two, do you unanimously find beyond a reasonable doubt that the offense involved the distribution of marijuana or the possession with intent to distribute marijuana?

   Yes _____   No _____

If you answered Question 4 "Yes," proceed to Question 5. If you answered Question 4 "No," do not answer Question 5 or Question 6.

5. If you found that the offense involved the distribution of marijuana or the possession with intent to distribute marijuana, do you unanimously find beyond a reasonable doubt that the offense involved 100 kilograms or more of marijuana?

   Yes _____   No _____

If you answered Question 5 "Yes," do not Answer Question 6. If you answered Question 5 "No," proceed to Question 6.

6. If you found that the offense involved the distribution of marijuana or the possession with intent to distribute marijuana, do you unanimously find beyond a reasonable doubt that the offense involved 50 kilograms or more of marijuana?

   Yes _____   No _____

| | |
|---|---|
| _____ | _____ |
| Foreperson | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |