-FILED-

JUL 31 2020

At _____ M
ROBERT N. ~~TROVICH~~, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

1 of 3 C

UNITED STATES OF AMERICA )  CASE No: 2:15-cr00072-PPS-APR-27
                         )
            Vs.          )  CHIEF JUDGE SPRINGMAN.
                         )
 JEREMIAH S. FARMER      )

<u>Government Violates Pinkerton</u>, **MOTION** = "Government Conspiracy"

Rule 29 AND Rule 33 Supplement MOTION ON SEVERAL PROSECUTION MISCONDUCT ACTIONS AGAINST DEFENDANT ;

1) MALICIOUS PROSECUTION; 2) SELECTIVE PROSECUTION; 3) PROSECUTORIAL VINDICTIVENESS; 4) PROSECUTOR IMPROPER INVESTIGATIVE TECHNIQUES; 5) PROSECUTOR MANIPULATION IN CHARGES; 6) IMPROPER JOINDER IN INDICTMENT 8;

7) FATAL INVERIANCE IN THE INDICTMENT 8 DEFAMATION OF CHARACTER (9) OUTRAGEOUS GOVERNMENT CONDUCT

Comes Now, Defendant Jeremiah S. Farmer, pro-se, respectfully moves this court by fileing a Rule 29, and Rule 33 Supplement Motion on several Prosecutor misconduct actions brought against the defendant.

Pursuant to Fed. R. Crim P.

**BACKGROUND:**

(A.) The United States Attorneys in the seventh Circuit United States courts in Northern District of Indiana and Northern District of Illinois all acted with prosecutorial misconduct in bringing the indictments against the Almighty Latin Kings Nation.

By breaking up one monolothic over acching single

Conspiracy, for the soul purpose of bringing three
Seperate Rico Conspiracies, of Maywood; 1);
   Southeast side of Chicago, 2.); Indiana Region
Latin King Rico indictments 3.).
   see Braverman V. United States, 317 U.S. 49, 53, 87 L.Ed
23, 63 S. Ct. 99 1942. "Supreme Courts states" "Conspiracies
cannot be artificially broken up for purpose of
bringing seperate indictments."
      Government Cooperators, many high ranking government
   cooperators states such as Luis Bravo, A.K.A
   King Dieblo the self admitted Regional Inca testified
   underoath That their one was one leader that
   was in control of the Almighty Latin King Nation,
   we will call him (Exhibit O) because the Government
   seals every Nation that speaks his name.
   (Exhibit O) Collected all the due money from
   every region and in specifics "South Chicago, Surburbs,
   Indiana, Harvey, Blue Island, Dolton, Roseland,
   pullman, 87th, 89th (Tr. 2318) CaseNo. 16-CR-00463,
   Government witness Luis Bravo testified to as he
   was direct contact in the hierarchy to (Exhibit O).
      More importantly, The Government witness Luis Bravo
   further testified (Exhibit O) ordered Earl, John Castillo
      to break Indiana off from Southeast side of Chicago
   Region, makeing Indiana into its own region, called
   the Indiana Region Latin Kings, and made John Castillo
   the first Regional Inca for Indiana Region Latin kings.

(pg3)

This was testified to by Government witness Luis Bravo on (Tr. 2310) in Cavillo V. United States, 16-cr-00463.

The Government with held the Brady on these individuals (Exhibit O) 1); John Castillo 2); Luis Bravo 3) Paul Vasquez 4) Raul Cavillo 5)

This was more then a negsecity for A defense that clearly would had exonerated Farmer and So many others in this Rico frivilous case made by the Government.

PAUL VASQUEZ A.K.A. King Garfield signed a plea agreement admitting his role as second regional Inca for Indiana Region Latin Kings.

Luis Bravo testified that (Exhibit O) was the National Corona for the entire world see (Tr. 2308).

The Government witness Alexander Vargas A.K.A King Pacman, The Government values his testimony So much that the United States Attorney signed off on his plea.

In fact Vargas admits to being responsible for 19 murders and the Government is allowing him back into Society before he even sees 15 years in prison.

The Government uses Vargas at Latin kings trials Michigan, Southeast side of Chicago, Indiana, etc --- simply to break down the infra structure to the Latin kings Nation.



This Star Government witness testified in case No. 2:18 cr-00072-PPS
[DE 1727] pg 122 of 334 (Tr. 1062) That (exhibit O) was with
(Tino) AUGSTIN ZAMBRANO a Government documented
as being the Top ranking Latin King in society, while
(Exhibit O) was a junior agent and with (Tino) for
soul purpose of setting him up for the FBI so
the (FBI) can arrest (Tino) and make a statement to
(Exhibit X O) " The FBI made a comment said, Now
You Can take over we just gave you the Chair."
          Vargas testified to that (DE 1727) Vellodiid/Nieto trial.
          In other words, the FBI arrested then actin
leader of the Latin Kings, to put (Exhibit O) in
the top position in the Latin Kings as he was
a paid junior agent so then the (FBI) controlled
the Almighty Latin King Nation, controlling Violations,
forceing ones such as Luss Bravo as Regional race
Government witness to not step down from that
position, Bravo testified to in (Tr. 2309), Government
witness John Castillo Farmus co-defendent testified
that (Exhibit O) was the biggest drug supplier in
the Latin King Nation, orders of murders, shootings,
Severe beatings, violations were given by (Exhibit O) as
he was Top leader for the Latin Kings Nation in the
entire world.
          More importantly records by United States Attorney
Zackthoey Fardon signed off regarding criminal acts
of (Exhibit O) blowing cars up, with four or five other

A

individuals they had broken the windows of a Cadillac parked in Whiting Indiana, and thrown a flaming bottle in the vehicle which set the vehicle ablaze, (Exhibit O) is known to law enforcement to be the senior members of the Almighty Latin Kings Nation. A Nation wide criminal organization whose members and Associates engage in acts of violence, including murder, attempted murder, and arson. This can be viewed on CLSITE-001-00000-1 Through CLSITE-001-000006, specifically on (A)(4) Factual Background CLSITE-001-000002.

"As explained in greater detail in the attached Affidavit, the Federal Bureau of Investigation (FBI) is investigating an arson of a vehicle, in violation of 18 U.S.C. § 844, as well as racketeering and racketeering conspiracy (Racketeering influenced of Corrupt Organizations "Rico"), in violation of Title 18 U.S.C. §§ 1962(c) and (D).

The evidence proves that more less that the (FBI) took Control of the Almighty Latin King Nation the day they Set up and arrested, indicted Mr. Zambrano Case No 08-CR-746-1.

Mr. Zambrano was indicted mid 2000's and therefore the (FBI) took immediate Control of the Almighty Latin King Nation.

We know this by the star Government witness Alexander Vargas testimony in Case No 2:15-cr-00072-PPS [Tr. 1727]



when he states word for word what (Exhibit O) said the (FBI) stated to him when they arrested (Tino) on Rico charges.

"The FBI made a comment, said, Now you can take over we just gave you the chair,"

**(1.) The (FBI) AND GOVERNMENT RESPONSIBLE FOR ACTS COMMITTED BY CO-CONSPIRATORS IN THE LATIN KINGS SINCE (EXHIBIT O) BECAME JUNIOR AGENT AND LEADER OF THE LATIN KING NATION =**

**(A) CONSPIRACY - PINKERTON LIABILITY**

The Government was in Control of the Almighty Latin King Nation as they were in Control of the Junior agent (Exhibit O) whom was the leader of the Latin King Nation in the entire World.

The Government allowed this leader to violate, Federal law - states, state, and local laws, all while violent crimes, murders, attempt murders, arsons, severe beatings, violations, Shootings, large drug Sales all were being done so and ordered by the Junior agent & leader of the Almighty Latin King Nation.

The Government had records of all this and done nothing about it, to stop it, prevent not charging, or indicting this Star flipper, rat, Snitch, parasite, Junior agent & leader.

All awhile the Government turned a blind eye. Allowing human lifes to be put in danger only in order to bring indictments and money to the Government by each person that this Junior agent (Exhibit O) and leader helps to get indicted by the Corrupt Federal Government.

## (B) CONSPIRACY - PINKERTON LIABILITY

The Government and defendant shares responsibility for acts committed by co-conspirators if those acts were reasonably foreseeable to the defendant and in furtherance of the Conspiracy. Gray Bey - V. United States, 156 F.3d 733, 740 (7th Cir. 1998), citing Pinkerton V. United States, 328 U.S. 640 (1946). See also United States V. Frazier, 213 F.3d 409, 416 (7th Cir. 2000); Medina V. United States, 124 F.3d 204 (7th Cir. 1997). Under this so-called Pinkerton doctrine, a defendant can be convicted of substantive offenses committed by a co-conspirator if the Government proves beyond a reasonable doubt that: (1) the essential elements of the substantive offense was established; (2) the defendant was a member of the Conspiracy at the time the substantive offense was committed; and 3) the substantive offense was committed in furtherance of or was natural consequence of the Conspiracy and was reasonably foreseeable -

by the defendant.

So what we just scene was the 3 elements under the Pinkerton doctrine, which the Government met as the defendant in this one single monolithic overarching Conspiracy against the Almighty Latin King Nation.

Farmer now will adress this as follows;

1) The essential elements of the substantive offense were established; = The (FBI) Controlled (Exhibit O) as him being a paid junior agent for the federal government receiveing over $100,000 in finances for his cooperation and as he was the leader of the Almighty Latin King Nation Violating State, federal and local law all proven with a prepoundence of evidence supported by all facts; 2) The defendant was a member of the conspiracy at the time the substantive offense was committed; = " The leader of the Almighty Latin King Nation, in the entire world, and paid junior agent for the Federal Government since mid 2000's, (FBI) Controlled.; 3) the substantive offense was committed in the furtherence of or was a natural consequence of the conspiracy and was reasonably foreseeable by the defendant.; = The (FBI) Controlled (Exhibit O) since mid 2000's as he was a paid junior agent for the (FBI) and the top leader in society for the Almighty Latin Kings Nation as (Nation wide Corona). (Exhibit O) has Government Witness Luis Bravo, A.K.A

pg9

King Diablo Collect the Latin Kings Dues money from Maywood, Indiana, Southeast side of Chicago regions which further Shows was one monolithic overarching Conspiracy.

Why is that important? Because the Government Knowingly and intentionally violated law as in Braverman v. United States, 317 U.S. 49, 53, 87 LEd 23, 63 8. Ch 99 1942, "Supreme courts states "Conspiracies cannot be artificially broken up for purpose of bringing seperate indictments".

(⚫) A defendant may be Convicted under the Pinkerton doctrine of a Substantive offense committed by a Co-conspirator in furtherance of the Conspiracy, even if the defendant neither participated in nor Knew of the substantive offense. United States v. Hosseini, 679 F. 3d 544, 559 (7th Cir. 2012); United States v. Pisman, 443 F. 3d 912, 913 (7th Cir. 2006).

Pinkerton liability applies also when determining the amount of drugs the defendant is responsible for in terms of sentencing. Grey-Bey, 156 F. 3d at 741 (defendant responsible for "not only the Amount Involved in the transactions but those that were forseeable ----); United States v. Leone, 166 F. 3d 895 (7th Cir. 1999)(defendant accountable-



for all reasonably foreseeable quantities of contraband that were within the scope of the criminal ~~conduct~~ activity he undertook).

A defendant can be responsible for a gun carried by a co-conspirator as long as the co-conspirator carried the gun in furtherance of the conspiracy and the government-Defendant could reasonably foresee a gun might be carried. United States v. Washington 184 F. 3d 653, 659 (7th cir. 1999); Woodruff v. United States, 131. F. 3d 1238, 1243 (7th cir. 1997). Accord, Howard v. United States, 135 F. 3d 506, 510 (7th cir. 1998); United States v. Everett, 124 F. 3d 205, 205 (7th cir. 1997; (Applying Pinkerton to 18 U.S.C. § 924(c) offenses). United States v. Conley, 875 F. 3d 391, 401 (7th cir. 2017), defendant knew that Firearms were an essential part of the robbery plan. It was within the conspiracy's scope and defendant was accountable for his co-conspirators' foreseeable acts.

Each Government agent, Judge, AUSA, public defender that dealt with (Exhibit O) or any of the defendant's (Exhibit O) were responsible for getting them defendant's is responsible for and liable for the acts in one shape or form, whether he stop dealing with (Exhibit O) or not.

In United States v. Bullis , 77 F. 3d 1553 (7th cir. 1996),

A

The defendant argued he should not be liable for acts of conspirators who continued to submit rigged bids after he left the company. The court noted among other things, that the defendant had brought his replacement into the conspiracy and that ~~the defendant~~ it was foreseeable that the conspiracy would continue during the two years, after he left. Thus, the defendant continued to be responsible in the absence of any evidence of withdrawl.

A.) This constitutes to any and all Federal agents involved with (Exhibit C) even if they withdrew from handleing (Exhibit D) he was replaced with another federal agent, therefore they were still foreseeable to future acts of violence, drug sales etc --- That (Exhibit C) directed.

B.) Every Judge; Phillip Simon, for Northern Dist. of Indiana, AUSA DAVID J. Nozick (No. 2018IN04800) (Nicholas Padilla No. 2018IN04801) (No. 2018IN04802 DEAN R. LANTIER) Abizar Zanzi) (Joseph Cooley No. 2020IN01944) (Daniel L. Bella = No. 2020IN01946) (DAVID CAPP No. 2020IN01945) is responsible for violateing Brady by not discloseing Brady, allowing these frivolas (FBI) charged cases to proceed in their courts all while violating the United State Constitution.

C.) Judge Kendall, AUSA Owens with Owens being the (Exhibit O) handler any any other AUSA or government official aware of the obvious Government misconduct while turning a blind eye allowing injustice to proceed in their Courts.

D.) Chief Judge Rebecca Pallmeyer also AUSA in her courts now are aware of this most blatant Government misconduct, Outrageous Government Conduct, Duress Coersion, Entrapment.

Defendant filed Motions as notice in all these courts stated in (A)(B)(C), No way can the Courts Continue the injustice and fail to address this factual claim of Government misconduct, the evidence has been submitted in all three courts of Indiana Region Rico, Maywood Rico, and Southeast side of Chicago Rico.

In total all three courts consists of over 100 defendants, which is 100 Attorneys. Now the Attorneys cannot use the defense that they were not aware of this Government misconduct. licenses are on the line. The injustice stops here. The Corruption in the seventh circuit is very evident and its better to be addressed "Now" Then later, lifes are at stake. Government depriving defendants of liberty, life and property. Violating 4th & 14th Amendment to the United States Constitution. - - - - -

A

(2.) Government Agents, Federal Judges, AUSA used blatant "Outrageous Government Conduct, Duress & Coersion; Government Conspiracy; As The (FBI) Controlled the Almighty Latin King Nation, Turn a blind eye to the Government Corruption, violence, drug sales from the Defendants they used the leader of the Latin Kings Nation, to conspire and flip on them for years. Randell Freman, 7th Cir. 815 F.3d 347 2016.

BACKGROUND: ANALYSIS

A.) CONSPIRACY TO PINKERTON LIABILITY

The Federal Government and as defendant's with MARIO Robles King Oso, The top leader of the ALMIGHTY LATIN KING NATION in the entire world, As he was acting Junior Federal agent, snitch, rat parasite, flipper for the FBI.

Since the (FBi) Controlled this snitch and leader of the Almighty Latin King Nation, since documented in 2011, Robles was the head of the snake. When Robles began working ~~For~~ for the (FBI) the violence, and drug sales in the Nation did not stop.

Therefore this flipper as he was the Nation Wide world leader for the Latin Kings he ordered violations, severe beatings, murders drug sales and would not let Luis Bravo



Step down from the regional Inca position.

More importantly Rubles "FBI" ordered Farmers co-defendant John Castillo to make Indiana its own region and become the first Regional Inca for Indiana in March 2015.

Most importantly, Defendant Farmer had recently come across sealed documents on Mario Rubles UNDER SEAL Case No. 13 GJ 1003 Chief Judge Ruben Castillo.

In these documents United States Attorney ZACHARY T. FARDON & AUSA BRIAN S. WALLACH signed off on.

The importance of these documents of Rubles is that, on CLSITE_001-000007 - CLSITE-001-00006 under factual background (4) "As explained in greater detail in the attached affidavit, the Federal Bureau of Investigation ("FBI") is investigating an arson of a vehicle, in violation of 18 U.S.C. § 844, as well as racketeering and racketeering conspiracy (Racketeer Influenced and Corrupt Organizations "RICO"), in violation of Title 18 U.S.C. §§ 1962 (c) and (d) (the Subject Offenses), ~~in violation of Title 18 U.S.C. §~~

On or about the evening of June 5, 2016, the Hammond Police received a call that Mario Rubles, also known as "Oso", and four to five

A

(15)

other individuals had broken windows of a
cadillac parked in whiting, Indiana, and thrown a
flaming bottle in the vehicle which set the vehicle
ablaze. Robles is known to law enforcement to be
a senior member of the Almighty Latin Kings Nation,
a nationwide criminal organization whose members
and associates engage in acts of violence, including
murder, attempted murder, and arson. (CLSITE-001-000003,)
next #9 Then notice on CLSITE-001-000004 pg 4
next to (#9) Request for order." The facts set forth in the
previous section and the affidavit show that there are
reasonable grounds to believe that the records and
other information described in Attachment A. are
relevant and material to an ongoing criminal
investigation. Specifically, these items will help
the United States to identify and locate the
individuals involved in the (Subject Offenses)
described above, accordingly,, the United States
requests that the service Providers be directed
to produce all items described in Part II of
Attachment A. to the opposed order.

10.) The United States further requests that the
Order require the Service Providers not to notify
any person, including individuals whose wireless
devices Connected to cellular telephone towers

described in Part I of Attachment., of the existence of the order until further order of the Court, see 18 U.S.C. § 2705(b). Such a requirement is justified because the order relates to an on going investigation. and it's discloser may alert the targets on going investigation, (CLSITE-01-00005)
Then the last page (CLSITE-001-00006) ZACHARY Fardon United States Attorney & AUSA Brian Wallach signed of on.

(A.) The "central element of an enterprise is structure." Neapolitan, 791 F.2d at 500. We have held that in informal organizations such as criminal groups, there must be some structure, to distinguish an enterprise from a mere conspiracy. but there need not be much, United States v. Rogers, 89 F.3d 1326, 1337 (7th Cir), Cert. denied, 519 U.S. 999, 117 S. Ct. 499, 136 L.Ed. 2d 387 (1996)(quoting United States v. Korando, 29 F.3d 1114, 1117 (7th Cir). Cert. denied, 513 U.S. 993, 115 Ct. 496, 130 L.Ed. 2d 406 (1994)) see United States v. Torres. 191 F.3d 799, 806 (7th Cir.1999) Cert denied, 528 U.S. 1180, 120 S. Ct. 1218, 145 L.Ed. 2d 1118 (2000) § 2000 U.S. App. LEXIS 143 (the Continuity of an informal enterprise and the differentiation among roles can provide the requisite structure to prove the elements of enterprise).

A

(17)



Richmond

Richmond V. Nationwide Cassel, LP., 52 F. 3d 640, 644 (7th cir. 1995)(a Rico enterprise is an ongoing structure of persons associated through time, joined in purpose, and organized in a manner amendable to hierarchial or consensual decision-making); United States V. Tocco, 200 F. 3d 401, 425 (6th Cir. 2000)(Continuity of structure exists where there is an organized pattern or systems of Authority that provides a mechanism for directing the group's affairs on a continuing, rather than ad hoc, basis).

Defendant Farmer cannot stress the point of the (FBI) Federal Bureau of investigation, has controlled the (ALMIGHTY LATIN KING NATION) since the day they took control of (Mario Robles) King OSO, A Nationwide Corona: a leader of the Latin Kings, Top rank in the world.

In 2011 its documented he began working as a federal junior agent, setting up structure and defendants to violate federal crimes all while under his supervision, and as he (OSO) was violating federal, state, local laws, and under the control of the (FBI) making the (FBI) a co-conspirators along with Mario Robles.

(B) Next Farmer will show all the crimes, details that the Government charged that in

Maywood, Southeast side of Chicago, and Indiana
and evidence AUSA acknowledges these three seperate
Conspiracies are one monolothic Rico Conspiracy. And
Controlled by the (FBI) & the leader of the
A.L.K.N. And allowed this leder MCKelvey to
Violate State, federal and local law all while
turning a blind eye to this blatant Government
Misconduct, Outrageous Government Conducts.
Hee are some of the so many supporting exhibits
as follows;
   Faire show, AUSA DAVID J Nozick in Robert
Mietu trial [DE 1725] (Tr. 347-348) Case No. 2:15-cr-00072-PPS-APR
as follows, next pg 7 States. line 15-25 "You are going
   to hear different hoods in Indiana have above them
regional Council, and Regional officers who report
directly to chicago.
      Above that, there's a region, We were part of
the "Southeast Chicago region," these factions here,
He became one of the regional officers, sort of
bothe the regular Lncas. He wous collect money from
the different hoods, that is, regular member would
pay money to their hood, He would come around
to the Lncas and collect the money. And pay a
portion of it up to chicago, which they have
to do You will hear that he ordered people
violated or beaten, see (these AUSA statements in
the next 2 pages, 19-20) as follows  ⟶

USDC IN/ND case 2:15-cr-00072-PPS-APR   document 1725   filed 07/30/18   page 27 of 348
USDC IN/ND case 2:15-cr-00072-PPS-APR   document 2708   filed 07/31/20   page 19 of 32
Page 347

1    Latin King, who I believe will testify at this trial, a guy

2    named Chris Kinney.  He is working for DEA Chicago as an

3    informant, and he sets up a gun buy with Tim Diaz.

4         And during the course of that buy, Mr. Vallodolid comes to

5    deliver the gun.  You are going to hear that.  It is not on

6    audio/video.  You are not going to see the audio/video.

7    Usually these undercover buys are, but the informant will

8    testify that he got scared and freaked out and took off the

9    audio/video right beforehand 'cause he thought he was going to

10   be searched during the buy.  And he will testify that he was,

11   in fact, searched during the buy.

12        You are also going to hear extensively about that man

13   there, Robert Nieto, also known as Cowboy.  You are going to

14   hear that he rose to the level of Inca of the Black Oak faction

15   in Gary.  You are going to hear that he rose even above that.

16   You are going to hear different hoods in Indiana have above

17   them a regional council and regional officers who report

18   directly to Chicago.  So you have the different hoods each with

19   their own structure.

20        Above that, there's a region.  We were part of the

21   southeast Chicago region, these factions here.  He became one

22   of the regional officers, sort of a leader of both the regular

23   Incas.  As such, he would collect money from the different

24   hoods, that is, regular members would pay money to their hood.

25        He would come around to the Incas and collect that money

USDC IN/ND case 2:15-cr-00072-PPS-APR   document 1725   filed 07/30/18   page 28 of 348
USDC IN/ND case 2:15-cr-00072-PPS-APR   document 2708   filed 07/31/20   page 20 of 32
Page 348

p 20

```
 1   and pay a portion of it up to Chicago, which they have to do.
 2   You will hear that he ordered people violated or beaten.
 3   People will testify that there's a slang for it.  In his
 4   basement, they had drawings of the Ninja Turtles.  You will
 5   hear from -- his wife will testify that it was already in the
 6   house when they got it.  And he would slang -- sort of jokingly
 7   tell people when they were going to get beaten, You're going to
 8   have to go see the turtles, which means you are going to get
 9   beaten in my basement.
10       He sent people to do these robberies.  He ordered
11   shootings at rival gang members.  He ordered shootings of Latin
12   Kings that were cooperating.  He held Nation parties, parties
13   up in Chicago with different Indiana neighborhoods and Chicago
14   neighborhoods.  You are going to hear he, like
15   Darrick Vallodolid and other members, sold cocaine and
16   marijuana.  Jason Brown will testify about it; Josh Roberts
17   will testify about his drug dealing; Keith Manuel will testify
18   about it; Raphael Cancel will testify about it; Jose Sanchez
19   will testify about it; Francisco Gamez will testify about it.
20       You will hear that he was older than many of the
21   co-defendants, was in the gang for longer, and he wasn't out on
22   the streets putting his hands on people.  He was a leader after
23   all.  He rose to the level of regional leader.
24       And you will hear that he had a police scanner, a couple
25   police scanners, and he would listen to them.  And part of his
```

A

(A) MARIO ROBLES AKA. KING (OSC)

(B) THE GOVERNMENT CONTROLLED THE LEADER OF THE ALMIGHTY LATIN KING NATION IN THE ENTIRE WORLD, HAVEING HIM AS A PAID JUNIOR AGENT/CONFIDENTIAL INFORMANT SINCE DOCUMENTED IN 2011.

(1.) MARIO Robles was in Controll of the Almighty Latin King Nation since 2010-2011, the highes ranking Latin king in the world that was in society, And the Federall Governmet relied on him and his testimony to re-structure the Latin Kings, And FBI turned a blind eye to all the forsacble crimes committed by the Latinkings which were indicted from the coporation of Mario Robles. As he was the (top leader Nationwide (wong) in the United States.

(2.) EVIDENCE SHOWS THAT THE GOVERNMENT Broke Up one single overarching Con monolothic Conspiracy artificially breaking up the indictments into three seperate indictments. AND THE THREE INDICTMENTS (1) Maywood, (2) East side of chicago, (3) Indiana Region Latin King Rico conspiracies. EACH INDICTMENTS STATES UNDER THE STRUCTURE AND THE RACKETEERING ENTERPRISE THE FOLLOWING;

(A.) BENNELL V. U.S., 16-CR-462 Maywood Rico Conspiracy, THE RACKETEERING CONSPIRACY = "1) The defendants, and others known and unknown, were members and associates

of the "Almighty Latin King Nation" street gang, a criminal organization whose members and associates engaged in acts of violence, including murder attempted Murder, assault with a dangerous weapon, arson, and extortion. The defendants operated principally in Maywood and Melrose Park, in the Northern District of Illinois, Eastern Division and elsewhere. ;

(B) Cavillo v. U.S, No.16 CR-463 Southeast side of Chicago Region. THE RACKETEERING ENTERPRISE " The Defendants ; and others known and unknown, were members and associates of the "Almighty Latin King Nation" street Gang, a Criminal organization whose members and associates engaged in acts of violence, including murder, attempted Murder, assault with a dangerous weapon, assault resulting in serious injury, arson, intimidation, extortion, robbery, and witness tampering, and which operated in the Southeast Side of Chicago and adjoining Suburbs, in Northern District of ILLINOIS, Eastern Division, and elsewhere. Former now points out STRUCTURE OF THE ENTERPISE — under the letters (d.)(E.)(F.), see as follows ;

(d.) In and around the Chicago area, including (NORTHERN Illinois) & ( NORTHERN INDIANA), the Latin kings enterprise was divided into several regions. One of these regions was the Southeast Region varied over time but generally stretched from 82nd street in Chicago on the the North to Kankekee, Illinois on the South to Blue Island, ILLINOIS on the west and to (LAKE STATION INDIANA) on the east,


(f.) The Southeast Region of the Latin Kings contained over a dozen chapters, which, while they were in the Southeast Region, answered to the Southeast Region, leadership. Among the chapters included in the Southeast Region were 82nd Street, 88/89th Street, 97th Street, 102nd Street, 104th Street, Bush, Roseland, Blue Island, Dolton, Harvey, four Chicago Heights Chapters (Main Street, Wentworth/22nd Street, 24th Street, and 15th Street) Kankakee AND **INDIANA.**

PURPOSE OF THE ENTERPRISE:

5.) (a) Acquiring, preserving and protecting power, territory, opperations, and proceeds for the enterprise through the use of threats, intimidation, and violence, including but not limited to, murder, attempted murder, assault with a dangerous weapon, assaulting resulting in serious injury, arson, robbery, extortion, and witness tampering, other acts of violence, and illegal trafficking in Controlled Substances.

(d) Seeking to prevent punishment, including criminal punishment, (for its leaders); members, and associates, through threats of and by the use of murder, violence and intimidation directed against witnesses, victims and others.

(e) (Enriching the leaders), members, and associates of the enterprise through, among other things, the collection of dues, the illegal trafficking controlled Substances, and the use of threats, intimidation, and violence, including but not limited to acts of murder, attempted murder, assault with a



dangerous weapons, assaulting resulting in serious injury, arson, robbery, extortion, and witness tampering; and other acts of violence;

— <u>STRUCTURE OF THE ENTERPRISE</u> —

(4.)( b) Within the United States, the Latin kings were organized by geographical locations or into "regions." Generally, each region had a rank structure that included a "Regional Officer" or "Regional Inca" OR "Regional Inca" one or more "Regional officers," And one or more "Regional Treasurers". "The Regional Inca," was the highest authority within the region. The Regional Inca reported to the "Imperial Inca" or to the "Corona" The highest ranking Latin King Member. "Regional Inca" Regional Enforcers served to support the Regional Inca, and enforce discipline and ~~adhere~~ adherence by gang members to established Latin king rules and by laws- ⊙̅

(C.) <u>James V. US</u>, 2:15-cr-00072-PPS-APR-27 under Cons Indiana Region Rico, underneath ( Conspiracy to Participate in Racketeering Activity)= ~~In At various times~~ can be viewed in Farmer indictment showen in the next (5) five pages.

   pages (2, 3, 4, 5, 6, 7 of 48). see as follows

Exhibit 17

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER RELATING TO HISTORIC RECORDS AND INFORMATION REGARDING CELLULAR TOWERS | UNDER SEAL<br>No. 13 GJ 1003<br><br>Rubén Castillo<br>Chief Judge |

**APPLICATION OF THE UNITED STATES FOR AN ORDER REQUIRING DISCLOSURE OF HISTORIC RECORDS AND INFORMATION REGARDING CELLULAR TOWERS**

The United States of America, moving by and through its undersigned

counsel, respectfully submits under seal this ex parte application for an Order

pursuant to 18 U.S.C. § 2703(d). The Order would require AT&T, Sprint/Nextel,

Verizon Wireless, and T-Mobile USA ("the Service Providers") to disclose certain

records and other information pertaining to the cellular telephone towers described

in Part I of Attachment A. The records and other information to be disclosed are

described in Part II of Attachment A to the Proposed Order. In support of this

application, the United States asserts:

### Legal Background

1.      The United States may use a court order issued under 18 U.S.C.

§ 2703(d) to require a provider of electronic communication service to disclose records

or other information pertaining to a subscriber to or customer of such service, not

including the contents of any communications. Cellular service providers are

providers of an electronic communications service, as defined in 18 U.S.C. § 2510(15).

Accordingly, the United States may use a court order issued under 18 U.S.C.

CLSITE_001-000001

Exhibit 18

§ 2703(d) to require the Service Providers to disclose the items described in Part II of Attachment A, which are "record[s] or other information pertaining to a subscriber to or customer of such service." 18 U.S.C. § 2703(c)(1).

2. This Court has jurisdiction to issue the proposed Order because it is "a court of competent jurisdiction," as defined in 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(d). Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

3. A court order under § 2703(d) "shall issue only if the governmental entity offers specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought, are relevant and material to an ongoing criminal investigation." 18 U.S.C. § 2703(d). Accordingly, the next section of this application sets forth specific and articulable facts showing that there are reasonable grounds to believe that the records and other information described in Attachment A are relevant and material to an ongoing criminal investigation.

### Factual Background

4. As explained in greater detail in the attached affidavit, the Federal Bureau of Investigation ("FBI") is investigating an arson of a vehicle, in violation of 18 U.S.C. § 844, as well as racketeering and racketeering conspiracy (Racketeer Influenced and Corrupt Organizations "RICO"), in violation of Title 18, U.S.C. §§ 1962(c) and (d) (the **"Subject Offenses"**). On or about the evening of June 5, 2016, the Hammond Police received a call that Mario Robles, also known as "Oso," and four

2

CLSITE_001-000002



to five other individuals had broken the windows of a Cadillac parked in Whiting, Indiana, and thrown a flaming bottle in the vehicle which set the vehicle ablaze. Robles is known to law enforcement to be a senior member of the Almighty Latin Kings Nation, a nationwide criminal organization whose members and associates engage in acts of violence, including murder, attempted murder, and arson.

### Facts about Cellular Towers in General

5.    Many cellular service providers maintain antenna towers ("cellular towers") that serve specific geographic areas. Each cellular tower receives signals from wireless devices, such as cellular phones, in its general vicinity. These cellular towers allow the wireless devices to transmit or receive communications, such as phone calls, text messages, and other data. The tower closest to a wireless device does not necessarily serve every call made to or from that device.

6.    In addition to a unique telephone number, each cellular phone is identified by one or more unique identifiers. Depending on the cellular network and the device, the unique identifiers for a cellular phone could include an Electronic Serial Number ("ESN"), a Mobile Electronic Identity Number ("MEIN"), a Mobile Identification Number ("MIN"), a Subscriber Identity Module ("SIM"), a Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), an International Mobile Subscriber Identifier ("IMSI"), or an International Mobile Equipment Identity ("IMEI").

3

CLSITE_001-000003

Exhibit 20

7.    Cellular service providers routinely maintain historical cellular tower log information, including records identifying the wireless telephone calls and communications that used a particular tower. For each communication, these records may include the telephone call number and unique identifiers for the wireless device in the vicinity of the tower that made or received the communication ("the locally served wireless device"); the source and destination telephone numbers associated with the communication (including the number of the telephone that called or was called by the locally served wireless device); the date, time, and duration of the communication; the "sectors" (i.e., the faces of the towers) that received a radio signal from the locally served device; and the type of communication transmitted through the tower (such as phone call or text message).

8.    Based on the above facts and the attached Affidavit, there is reason to believe that the records described in Attachment A would identify which wireless devices were in the area of the Subject Location within the time frames in Attachment A on the dates of the Subject Offense. This information, in turn, will assist law enforcement in determining which persons were present at the time of, and who committed the Subject Offense.

### Request for Order

9.    The facts set forth in the previous section and the attached Affidavit show that there are reasonable grounds to believe that the records and other information described in Attachment A are relevant and material to an ongoing

4

*Exhibit 21*

criminal investigation. Specifically, these items will help the United States to identify and locate the individuals involved in the **Subject Offenses** described above. Accordingly, the United States requests that the Service Providers be directed to produce all items described in Part II of Attachment A to the proposed Order.

10.    The United States further requests that the Order require the Service Providers not to notify any person, including individuals whose wireless devices connected to the cellular telephone towers described in Part I of Attachment A, of the existence of the Order until further order of the Court. *See* 18 U.S.C. § 2705(b). Such a requirement is justified because the Order relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the Order will seriously jeopardize the investigation, including by giving the target an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, and change patterns of behavior. *See* 18 U.S.C. § 2705(b)(2), (3), (5). Some of the evidence in this investigation is stored electronically. If alerted to the investigation, the subjects under investigation could destroy that evidence, including information saved to their telephones or personal computers.

11.    The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is

5

CLSITE_001-000005



neither public nor known to all of the targets of the investigation. Accordingly, there

is good cause to seal these documents because their premature disclosure may

seriously jeopardize that investigation.

Respectfully submitted,

ZACHARY T. FARDON
UNITED STATES ATTORNEY

BRIAN S. WALLACH
Assistant U.S. Attorney
219 South Dearborn Street,
Chicago, Illinois 60604
(312) 886-7625

Dated: February 16, 2017

6

CLSITE_001-000006

Exhibit 23

42.   On August 23, 2015, at approximately 12:50 a.m. (Session #00134), ZAMBRANO, using **Target Phone 9**, placed a call to ROBLES at **Target Phone 13**. During the conversation, they discussed a search by law enforcement conducted at the residence of a Latin King member. ZAMBRANO said, "Hey, I'll let you know that, um, earlier today, fucking, ah, the Feds raided Jazzy's fucking family's house."[9] ROBLES said, "Uh, huh." ZAMBRANO said, "And they were telling his family, we know he got heroin in here, and they showed them a picture of "Bones" [Latin King member, Nicacio MUNIZ], and shit, and they said they were looking for him, so." ROBLES said, "Oh, wow." ZAMBRANO says, "So they fucking, yeah, they went to his sister's crib, raided the crib, and they said 'we know there's some heroin in here. Where is it at?'" ROBLES said, "Well, stay away from them motherfuckers." ZAMBRANO said, "I just want to put you up on [inform you of] what's going on." ROBLES said, "Alright, cool, thanks bro."

43.   Toll records reflect that, during the time it was in use, from July 23, 2015 through August 23, 2015, **Target Phone 9** had 48 contacts with 312-545-7773, used by CYNTHIA VALENCIA, 19 contacts with 708-655-0384 ,used by AMY SHANKLIN, 10 contacts with 312-966-9182, used by GEORGE MARIN, and 10 contacts with 773-236-9070, used by SERGIO CORREA.

---

[9] Law enforcement has not identified Jazzy or the search conducted by law enforcement that is referred to in this call.

WIRE_003-000226

Exhibit 24

Target Phone 13), used by ROBLES.[7] During the call ROBLES said, "You talk to uh, this guy [BARAJAS] from the village [Little Village Region of the Latin Kings] yesterday?"[8] ZAMBRANO said, "Huh?" ROBLES said, "Old boy [BARAJAS] from the village come see you yesterday?" ZAMBRANO said, "Naw, he didn't come, but I just got off the phone with him a little while ago, so I'm going to go eat down there and while I'm eating, I may. He's gonna meet me to go eat down there."

41.   On August 20, 2015, at approximately 9:36 p.m. [Session #00016], ZAMBRANO, using **Target Phone 9**, placed a call to ROBLES at **Target Phone 13**. During this call ZAMBRANO said, "Alright, um, I think these dudes [BARAJAS] from 26th Street [Little Village Region of the Latin Kings] want a number to call you." ROBLES said, "Who?" ZAMBRANO said, "Dude from 26th Street." ROBLES said, "Need what now? I didn't hear you." ZAMBRANO said, "I think they want a number to call you." ROBLES said, "Give 'em this one [**Target Phone 13**]." The Affiant believes that BARAJAS was requesting ROBLES's phone number so BARAJAS could discuss Latin King affairs with ROBLES.

---

[7] The cellular telephone assigned telephone number 773-992-7559 (**Target Phone 13**), is subscribed to Mario Smith at 1084 South Laurel Road, London, Kentucky 40744, and used by MARIO ROBLES. Preliminary voice identification of ROBLES is based on the following: Law enforcement officers who have spoken in person with ROBLES have reviewed prior recorded calls between ROBLES and ZAMBRANO and confirmed that it is ROBLES's voice on those calls. As part of this investigation, agents have compared those prior calls to **Target Phone 13**. Based on their review, they have confirmed the voice of the user of **Target Phone 13** is ROBLES.

[8] According to a confidential source, JUAN BARAJAS, aka "Evil," is a Latin King member who currently holds the rank of "Regional Officer," the highest authority within the Little Village Region.

WIRE_003-000225